**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION** *et al.*, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **STEVE ERIKSEN** *et al.*, <br><br> **Defendants.** | **Case No.: 12-CV-03105 YGR** <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND GRANTING MOTION TO REMAND** |

The Court has reviewed the *Pro Se* Defendants' Notice of Removal (Dkt. No. 1), Plaintiff's Motion for Remand (Dkt. No. 4), and Magistrate Judge Jacqueline Scott Corley's Order Reassigning Case and Report and Recommendation to Grant Plaintiff's Motion for Remand (Dkt. No. 10), to which no party filed an objection.

Judge Corley recommends that the case be remanded because the Court does not have subject matter jurisdiction over this unlawful detainer action, and therefore, removal was improper.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, Plaintiff's Motion for Remand (Dkt. No. 4) is **GRANTED**; and

This action is **REMANDED** to the Contra Costa County Superior Court.

This Order Terminates Docket Numbers 4 & 10.

**IT IS SO ORDERED.**
**Date: September 17, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**